# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# MEMPHIS DIVISION

WAUSAU UNDERWRITERS
INSURANCE COMPANY,

    Plaintiff,

v.                                        No.  2:13-cv-02451-STA-cgc

JOURNEY HEALTHCARE, LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, the Parties, by and through respective counsel of record, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that the above entitled action may be dismissed with prejudice as the Parties have resolved their dispute through a mediated settlement agreement.

        Respectfully submitted,

        **GLASSMAN, WYATT,**
        **TUTTLE & COX, P.C.**

By:    /s/ Jonathan Stokes_____
        RICHARD GLASSMAN (#7815)
        JONATHAN STOKES (#29416)
        26 North Second Street Building
        Memphis, TN  38103-2602
        (901) 527-4673 - Telephone
        (901) 521-0940 – Facsimile
        rglassman@gewwlaw.com
        jstokes@gewwlaw.com
        Our File: 12-012GJ

        *Attorneys for Defendant*


        **BURCH, PORTER & JOHNSON, PLLC**

By:    /s/ Scott J. Crosby_____
        SCOTT J. CROSBY (#014287)
        CHARLES SILVESTRI HIGGINS (#30184)
        130 North Court Avenue
        Memphis, TN 38103
        Telephone: (901) 524-5000
        Facsimile: (901) 524-5024
        scrosby@bpjlaw.com
        chiggins@bpjlaw.com

        *Attorneys for Plaintiff*