UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| **WAUSAU UNDERWRITERS INSURANCE COMPANY** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **JOURNEY HEALTHCARE, LLC** | CASE NO: 13-2451-A |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Joint Stipulation Of Dismissal With Prejudice entered on September 5, 2014, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 9/8/2014

THOMAS M. GOULD
**Clerk of Court**

s/Terry L. Haley
(By) Deputy Clerk